

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>JOSEPH PARKINSON<br>DEFENDANT(S). | CASE NUMBER<br>8:21-CR-00183<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Joseph Parkinson</u>, IT IS ORDERED that a detention hearing is set for <u>12/06/21</u>, _____, at <u>1:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Margo A. Rocconi</u>, in Courtroom <u>790</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>12/02/21</u>

U.S. District Judge/Magistrate Judge